SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
Robert K Sahyan, Cal. Bar No. 253763
rsahyan@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor Residence Inn by Marriott, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ODUM, JOHN ASHFORD and ODUM, SHAWNTA MESHAWN,<br><br>Debtors. | Case No. 15-27448-A-7<br><br>DC No.: SMR-001<br><br>**REVISED STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE AND/OR CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS** |

WHEREAS, the voluntary petition in the above-referenced case was filed on September 23, 2015.

WHEREAS, the date by which parties in interest must object to the debtors' discharge is December 28, 2015.

WHEREAS, the debtors have agreed to an extension of time for sixty (60) days, to allow Residence Inn by Marriott, LLC and its related hotel entities ("Marriott"), to file a complaint objecting to the debtors' discharge.

WHEREAS, the parties previously submitted a stipulation and order documenting such extension.

WHEREAS, the parties enter into this Stipulation to confirm that the extension sought is

with respect to both the deadline to object to discharge pursuant to 11 U.S.C § 727 and the deadline to challenge the dischargeability of certain debts pursuant to 11 U.S.C. § 523.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and between Marriott and the debtors, that Marriott shall have until and including February 26, 2016 to file a complaint objecting to the debtors' discharge and/or to challenge the dischargeability of certain debts under 11 U.S.C. §§ 523 and/or 727.

Dated: December 21, 2015

FRALEY & FRALEY

By: *[signature]*
Dana R. Wares

Attorneys for Debtors

Dated: December 21, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: *[signature]*
ORI KATZ
ROBERT K. SAHYAN

Attorneys for Residence Inn by Marriott, LLC